**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-0450-JRG |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| CITIBANK, N.A. | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |
| | § | |
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-0449-JRG |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| SUNTRUST BANK | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

**ORDER**

On this day the Court considered the Unopposed Motion to Dismiss SunTrust Bank (Dkt. No. 89).   It is therefore ORDERED that all claims by and between parties are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 26th day of August, 2016.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE